

THE HABITAT COMPANY

350 West Hubbard Street, Chicago IL 60654
P 312.527.5400 habitat.com

October 1, 2014

# I0143030
PIERRE PUGH
P.O. BOX 294
CHICAGO, IL 60690

**SUBJECT: Applicant's Wait list Final Status Notification – DEARBORN HOMES FINAL LETTERS -1BRM-REG**

*Part 1.* Checked below is your Chicago Housing Authority's public housing waitlist application determination:

|   |   |   |   |   |
|---|---|---|---|---|
|   | You failed to respond to our attempts to contact you; |   |   |   |
|   | You requested to have your name removed from the wait list: | Phone | In Person | Date |
|   | You refused or you are unable to begin the screening process: | Phone | In Person | Date |
|   | You (or a household member) failed based on the results of the credit background check; |   |   |   |
| X | You (or a household member) failed based on the results of the criminal background check; |   |   |   |
|   | Your family size does not meet qualifications for the unit size available; |   |   |   |
|   | Your household does not require the features of an accessible unit; |   |   |   |
|   | You (or a household member) does not meet the Work Requirements; and/or |   |   |   |
|   | Other: |   |   |   |

*Part 2.* As a result of the determination above, your application has been:

|   |   |
|---|---|
| X | Removed from Chicago Housing Authority's Public Housing wait list. |
|   | Returned to the Chicago Housing Authority's Public Housing wait list with your original date of application. |
|   | Returned - Placed at the bottom of the Chicago Housing Authority's Public Housing wait list. |

**MITIGATION HEARING:** Please be advised that the above wait list determination is FINAL after 10 business days from the day that this letter is mailed. You have the right to request a **mitigation hearing** within 10 business days from the date of this letter. In order to request a mitigation hearing you must contact the **CHA's Occupancy Dept. - 60 east Van Buren, Chicago, Illinois 60605, (312) 913-7266 in WRITING OR IN PERSON.** **If you were removed based on criminal records, the report that was used to make the determination has been included with this letter. If you were removed based on your credit record, you can obtain a free credit report from Transunion.

If you require a reasonable accommodation to participate in this process, please notify the CHA's Occupancy Department at (312) 913-7266.

Sincerely,

Angela Akins
Occupancy Specialist

