IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| **PIERRE PUGH,** | ) | |
| | ) | No. 16-CV-09285 |
| **Plaintiff,** | ) | |
| | ) | |
| -v.- | ) | Judge Marvin Aspen |
| | ) | |
| **SCREENING REPORTS, Inc.,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**MOTION TO STAY PROCEEDINGS**

Now comes the Plaintiff, Pierre Pugh, by his attorneys, LAF, and moves this court for a stay of the proceedings. In support of this motion Plaintiff states as follows:

1. Plaintiff filed this matter on September 27, 2016.

2. Defendant filed its answer on November 28, 2016.

3. On December 15, 2016 at this matter's initial case status hearing, this Court entered an order setting discovery completion dates and setting this matter for status and presentment of a joint pretrial order on June 8, 2017.

4. Since December 15, 2016, Plaintiff's counsel has learned that plaintiff was the victim of an assault in the fall of 2016 and has been hospitalized since then.

5. Plaintiff's counsel have been unable to communicate with Plaintiff.

6. Plaintiff's counsel believe that a guardian will need to be appointed to act on behalf of Plaintiff.

7. Plaintiff's counsel requests a 90 day stay in this matter, including but not limited to suspension of the discovery completion dates previously entered by this Court, to investigate and hopefully procure a guardian for Plaintiff.

8. This request is not made for purposes of delay but to protect the interests of Plaintiff who is unable to communicate with his attorneys.

WHEREFORE, Plaintiff requests that this Court entered an order:

    a. Staying these proceedings for 90 days;

    b. Vacating the discovery completion dates previously entered by this Court; and

    c. Granting any further relief this Court deems equitable and just.

Respectfully submitted,

_____
An Attorney for Plaintiff

Dated: February 7, 2017

James A. Brady
120 S. LaSalle, Suite 900
Chicago, IL 60603
(312) 347-8361
ARDC 6206623

R. Elizabeth Rosenthal
120 S. LaSalle, Suite 900
Chicago, IL 60603
(312) 347-8368
ARDC 6287247